DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

5 MARCH 2015

| 202P14 | State v. Dameon Jose Glover | Def's *Pro Se* Motion for Appeal to North Carolina Supreme Court (COA13-1079) | Denied |
|---|---|---|---|
| 234P05-2 | State v. Gregory Allen Gant | Def's *Pro Se* Motion for PDR Under N.C.G.S. § 7A-31(c) (COAP14-950) | Denied |
| 254P08-2 | State v. Michael Orlando Cook | Def's *Pro Se* Motion for PDR | Dismissed |
| 258P14 | SRS Arlington Offices 1, LLC, et al. v. Arlington Condominium Owners Association, Inc., and Arlington Commercial Holdings, LLC, and James J. Gross | 1. Defs' (Arlington Commercial Holdings, LLC, and James J. Gross) PDR Under N.C.G.S. § 7A-31 (COA13-808)<br><br>2. Def's (Arlington Condominium Owners Association, Inc.) Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied<br><br><br>2. Dismissed as moot |
| 270P14 | Terri Lynn Robertson and Mary Dianne Godwin Daniel v. Steris Corporation, a Delaware Corporation, et al. | Plts' PDR Under N.C.G.S. § 7A-31 (COA13-1301) | Denied<br><br>**Ervin, J., recused** |
| 290P14 | State v. Robert Leroy Williams | 1. Def's NOA Based Upon a Constitutional Question (COA13-1280)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31<br><br>3. State's Motion to Dismiss Appeal | 1. —<br><br>2. Denied<br><br>3. Allowed<br><br>**Ervin, J., recused** |
| 300P14 | In the Matter of S.H., J.H., S.B., Minor Children | 1. Respondent-Mother's PDR (COA14-196)<br><br>2. Petitioner's Motion to Dismiss | 1. Denied<br><br>2. Dismissed as moot |
| 309P14 | State v. Elizabeth Harrelson Mead | Def's PDR Under N.C.G.S. § 7A-31 (COA14-3) | Denied |
| 332P14 | State v. Gregory Aldon Perkins | 1. Def's Notice of Appeal Based on a Constitutional Question<br><br>2. Def's PDR Under N.C.G.S. § 7A-31 (COA13-1352)<br><br>3. Def's Motion to Amend Notice of Appeal and PDR | 1. Dismissed *ex mero motu*<br><br>2. Allowed<br><br>3. Allowed |